## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

12-00528 / 12-07434
(Inmate Number)

OMAR FOLK
(Name of Plaintiff)

300 South Carlisle street
(Address of Plaintiff)

New Bloomfield, Pa 17068

vs.

Prime CARe Medical

Dauphin County Prison

Perry County Prison
(Names of Defendants)

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

13-474
(Case Number)

COMPLAINT

FILED
SCRANTON

FEB 21 2013

PER _____
DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

    A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned: Defendant file lawsuit against York City, York City Police, It was file in middle District Harrisburg Judge Caldwell, Then it became conflict interest turn over scranton office Judge Conaboy DOC NA

NAME Affiant Rick Peddicord Jan. 2008 filed

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?
       ✓ Yes ____ No

    B. Have you filed a grievance concerning the facts relating to this complaint?
       ____ Yes ✓ No

    If your answer is no, explain why not Have told me both institution that either Denied or stated they dont have these forms

    C. Is the grievance process completed? ____ Yes ✓ No

III.   Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A.   Defendant _Prime Medical, David E. Yeingst, Dominick L. DeRose_ is employed

as _Tonya Schisler PA._ at _Tom Toolen CPN, Doctor MAtthew Legal_

B.   Additional defendants _Perry County Jail LT twigg, Sgt. Keller_
_Thomas Long, Harrisburg city and Perry County City_
_Public Defender Heidi R. Freese, Dauphin County, Co. Chester_
_Donbaugh also PA and Doctor Young, Board chairman Perry_
_county prison Chad chener_

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1.   PA. NA Dauphin first seen him and leg was swollen real bad
they move me and gave me ice crutcher. Doctor Young he felt
leg was dislocated but nothing further but x-rays order
stronger pain medicine, once again went in front of him Now sched
for MRI. The whole time telling PA. Doctor I had the same injury
with my Left Knee Patella-tendon-Ruphre

2.   Public Defender Heidi R. Freese told her I cant stand trial I need coghnore
then I told her to remove herself because she gave me poor service
the facts force to go to trial because when Judge ask her ready
Counsel at the time are you ready didn't make no since if I'm Prose
Violated Due Process. PA Tonya Schisler Pain and Suffering, Tom Toolen CPN
Cruel unusual Punishment. Not getting my Health done fast enough.

3.   Lt-twigg, Sgt. keller CO-2ANS, Thomas Long, David
E. Yeingst All denied me LAW Access Due Process also
was aware medical problem didnot tried to help further

2

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.    Health. diliberate and difference, Abuse of Power as County Employee, Board chairman Perry County chad chenet sent letter Addressing my concers no response libel to claim, Dauphin County Co chads

2.    Don baugh send Person strike Altercation didnot disturb ploblem strike and had defend myself also. The facts are I have been going through this problem since July 27, 2012 and its Feb 15, 2013 Just about 7 months

3.    leg still swollen to point were Pain is so serious Im force to take Pain pills on Daily basics and Sleeping meds also as you see sent slot of reguest slips base on my issue Doctor Mathew Legel stated Im surprised You can still move your leg and also stated From it taking so long I will need reconstructed knee surgery and cask on my leg also have to use Dead men tendents to connect fibular to patella tendar tendent.

Signed this   Feb   day of   15 - 2013   , ___.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

2-15-2013_____        Omar Folk_____
(Date)                                          (Signature of Plaintiff)

3

## Statements of Matters For Claim

1. Defendant argue's Perry county and Administer Violated my rights on eight Amendments issue, MAlpractice, Dueprocess pain and suffering, deliberate and indeserert

   NAme people   1. ~~Dawnmannnn~~ CArry ClArk
        witness

                2. ~~Bunnnnnnnnnnnnnn~~

            3. John Herdman

Co. Which are "guards", Warden's, Medical staff, Lt, Sg.

ON or About 2 months ago Folk told Co. MS. white that his leg hurted real bad and he wanted to go to hospital becase of black spot on his leg that he believe to be blood clot 4 inch. wide and 4 inch long in that around sbat ares. she Notified booker who's a Lt to assish me extra matress and that's all he did, not even come and look or anything. The next step Folk took Notified Medical staff Tom AA LPN and thought "illusion" then took step further told the counseler Karen Wilson, she Notified Lt to take me out to the ~~forest~~ hospital then Contact DW. He stated Fed's don't like me told write another request to Medical. Now the whole time im being denied of my medical pain and suffering "All guards" ~~Wainn~~ state that New of the Medical issue did not take no further step to abide Citzen Notified each individal

# DAUPHIN COUNTY PRISON
## INCIDENT REPORT

### PART I - INCIDENT REPORT

| 1. NAME OF INMATE | 2. NUMBER | 3. DATE OF INCIDENT | 4. TIME |
|---|---|---|---|
| | | | |

| 5. PLACE OF INCIDENT | 6. ASSIGNMENT | 7. HOUSING |
|---|---|---|
| | | |

| 8. INCIDENT | | 9. CODE |
|---|---|---|
| | | |

**10. DESCRIPTION OF INCIDENT**

On the date and time inmate Silk was engaged in a fight with inmate [...] During the incident inmate Silk's mouth was cut inmate Silk was restrained and removed from [...] escorted to medical per central control

| 11. SIGNATURE OF REPORTING OFFICER | 12. NAME AND TITLE (PRINTED) |
|---|---|

| 13. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 14. DATE INCIDENT REPORT DELIVERED | 15. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| C.O. | 26 Aug 12 | 0903 |

### PART II - ACTION TAKEN

**16. COMMENTS OF INMATE TO OFFICER REGARDING ABOVE INCIDENT**

No Comments

**17. IT IS THE FINDING: ("X" APPLICABLE BOX)**

☐ YOU COMMITTED THE PROHIBITED ACT AS CHARGED

☐ YOU COMMITTED THE FOLLOWING PROHIBITED ACT: _____

☐ YOU DID NOT COMMIT A PROHIBITED

**18. FINDINGS ARE BASED ON THE FOLLOWING INFORMATION**

**19. ACTION TAKEN**

**20. DATE OF ACTION** _____

| MEMBER | CHAIRPERSON | MEMBER |
|---|---|---|

DCP-8



**481 EDWARD H. ROSS DR.**
**ELMWOOD PARK, NJ 07407-0621**
**1-800-229-5227**
BioReference
**LABORATORIES**

# PRIMECARE MEDICAL, INC.

## GENERAL LABORATORY
## TESTING REQUISITION

P0170-3     00176
PERRY COUNTY PRISON
300 SOUTH CARLISLE ST
NEW BLOOMFIELD, PA 17068
7175822262   61

Last Name: YOLK     First Name: OMAR

Patient ID: 17-07434     Date of Birth: 4-27-81     Age: 31     Sex: M

Ordering Physician: H of Herrada

Date Collected: 11/8/12

Time Collected: 0810

Comments: USMS

☒ Fasting     ☐ Non-fasting

| PROFILES/PANELS | SCREENING TESTS | WOMEN'S HEALTH |
|---|---|---|
| ☐ 3283-9 **Acute Hepatitis Panel** (S) | ☐ 0035-6 Ammonia Level (W) frozen | ☐ 0327-7 B-HCG, Quantitative (S) |
| Hep.A Ab, Hep.B core Ab, Hep.B surf.Ab, Hep.C Ab | ☐ 0038-0 ANA (S) | ☐ 0171-9 Gestational Diabetes Evaluation (GY) |
| ☐ 4312-5 **Amylase & Lipase** (S) | ☒ 0053-9 CBC w/Diff and Plts (L) | ☐ 0097-6 Gestational Glucose Tolerance 4 (GYS) |
| ☐ 2988-4 **Anemia Panel** (S) | ☐ 0628-8 Drug Profile – Comprehensive (8) (SC) | Pap Smear Single Slide (Use BRLI Cytology Req.) |
| B12/Folate, TIBC, Ferritin, Iron | ☐ 0019-0 Hematocrit (L) | **CHRONIC CARE MANAGEMENT** |
| ☐ 2555-1 **Basic Metabolic Panel** (S) | ☐ 0190-9 Prostate Specific Ag (PSA) (S) | ☐ 0091-9 Free (T-4) Thyroxine (S) |
| BUN Calcium, Chloride, CO2, Creatinine, Glucose, Potassium, Sodium | ☐ 0086-9 Sedimentation Rate (ESR) (L) | ☐ 0095-0 Glucose (GY) |
| ☐ 4537-7 **Chronic Hepatitis Panel** (S) | **INFECTIOUS DISEASES** | ☐ 0102-4 Hemoglobin A1c (L) |
| Hep. B Surface Antigen, Hep. B Surface Antibody and Hep. C Antibody | ☐ 0082-3 Aerobic Bacterial Culture (culturette) | ☐ 0228-7 Microalbumin (Urine) (U) |
| ☐ 3427-2 **Comprehensive Metabolic Panel** (S) | ☐ 1002-5 AFB Culture and Smear (sterile cont.) | ☐ 0137-0 Prothrombin Time (PT) (B) |
| Chem 14 | ☐ 1242-7 Anaerobic Culture (culturette) | ☐ 0153-7 TSH (S) |
| ☐ 7702-4 **Comprehensive Metabolic Panel and CBC** (S/L) | ☐ 0079-4 B-Hem Strep A Culture (culturette) | **DRUG LEVELS** |
| Chem 14, CBC | ☐ 0341-8 Blood Culture, Routine (2 Bactec Bottles) | ☐ 0509-0 Amitriptyline (Elavil)/Nortriptyline (R) |
| ☐ 8984-7 **Diabetic Panel** (S,L,2U) | ☐ 0259-2 C Difficile Toxin A (SC) | ☐ 0154-5 Carbamazepine (R) |
| Hgb A1C, Comp. Metabolic, UA, Microalbumin, Creatinine | ☐ 3800-0 Chlam/GC DNA Probe Tec (Swab) | ☐ 0083-6 Digoxin (R) |
| ☐ 3422-3 **Hepatic Function Panel** (S) | ☐ 0459-8 Complete Urinalysis (U) | ☐ 0119-8 Lithium (R) |
| Albumin, Alk Phos., ALT (SGPT), AST (SGOT), D. Bilirubin, T. Bilirubin, T. Protein | ☐ 1763-2 Helper T Lymph CD4 (L/G) | ☐ 0289-9 Phenobarbital (R) |
| | ☐ 0812-8 Hepatitis C antibody (S) | ☐ 0084-4 Phenytoin (Dilantin) (R) |
| ☐ 0009-1 **Lipid Panel** (S) | ☐ 0361-6 HIV Ab Screen w/confirm (S) | ☐ 0380-6 Theophylline (R) |
| Triglyceride; HDL, LDL, Cholesterol | ☐ 1010-8 HIV RNA PCR ULTRA (Viral Load) (W) Frozen | ☐ 0542-1 Valproic Acid (R) |
| ☐ 0010-9 **Prenatal Profile** (R/L/S) | ☐ 0382-2 Low Resp Cult (sputum) (sterile cont.) | |
| ABO + RH typing, Hep. B. surf. Antigen, CBC, Rubella, Antibody screen, RPR | ☐ 0142-0 RPR (S) | **INTERNAL CONTROL (LAB USE ONLY)** |
| | ☐ 0377-2 Stool: Ova/Parasites Exam (O+P Kit) | |
| | ☐ 0878-9 Stool: White Blood Cells (SC) | |
| | ☐ 0080-2 Urine Culture (Boricon tube) | |

**OTHER TEST(S) NOT LISTED ABOVE**
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

| L-LAV | CULTURETTE | R-RED | S-SST | GY-GREY | BL-BLUE |
|---|---|---|---|---|---|
| GR-GREEN | Y-YELLOW | W-PPT | RB-ROYAL BL | *STERILE CUP OTH | VIRAL CUL |
| O&P | BLD. CUL | FS-FROZ SPEC | SLIDE | THINPREP VIAL | FORMALIN JAR |
| RAND URN (CUP) | 24-HOUR URINE | U-URN TUBE | TIMED URINE | BOR-BORICULT | |

vol = _____

LAB I.D. NO.

14036 REV 7/06

Housing:  L-Day



# DAUPHIN COUNTY PRISON

## Memorandum

TO:        Inmate Omar Folk / #80,163

FROM:   Dominick L. DeRose, Warden

RE:        Medical Treatment

DATE:    August 6, 2012

Please be advised that, as a result of your recent grievance regarding medical care, your concerns were forwarded to the Medical Department, which has reviewed your grievance and provided me with a response.

Records reflect the fact that you were assessed by Medical on 7/27/12 after you reported injuring yourself in the gym that morning.  You were seen by the physician assistant and orders were written for an x-ray, medical restrictions, crutches, and an ACE wrap.  On 7/30/12, you were informed of the x-ray results, which showed no abnormalities.  It is noted you would not allow the physician assistant to complete a full exam by grabbing the provider's hand when attempting to examine you.  On 8/1/12, you were seen by the physician.  Again, you would not permit a complete examination.  Pain medication was ordered and you were scheduled for a follow-up.

After review, it is evident that appropriate care has been rendered.  Based on this review, you have been appropriately and properly treated.  Therefore, your grievance is denied.

If you do not agree with the above findings, you may appeal to the next level.  The appeal along with any additional information should be directed to the Administrative Offices for forwarding to the Prison Board Chairman at the Chair's weekly Prison meeting.


COPY:  Administration
           Treatment File

L-dAY



481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407-0621
**1-800-229-5227**

**BioReference**
LABORATORIES

# PRIMECARE MEDICAL, INC.

## GENERAL LABORATORY
## TESTING REQUISITION

P0170-3     00172
PERRY COUNTY PRISON
300 SOUTH CARLISLE ST
NEW BLOOMFIELD, PA 17068
7175822363    61

| | |
|---|---|
| Last Name: **FOLK** | First Name: **OMAR** |

| Patient ID: 12-074BU | Date of Birth: 4·27·81 | Age: 31 | Sex: M |
|---|---|---|---|

Ordering Physician: **Herrada**

Comments: **USMS**

Date Collected: 11/2/12

Time Collected: 08CU

☑ Fasting     ☐ Non-fasting

## PROFILES/PANELS

- ☐ 3283-9 **Acute Hepatitis Panel** (S)
  Hep.A Ab, Hep.B core Ab, Hep.B surf.Ab, Hep.C Ab
- ☐ 4312-5 **Amylase & Lipase** (S)
- ☐ 2988-4 **Anemia Panel** (S)
  B12/Folate, TIBC, Ferritin, Iron
- ☐ 2555-1 **Basic Metabolic Panel** (S)
  BUN Calcium, Chloride, CO2, Creatinine, Glucose, Potassium, Sodium
- ☐ 4537-7 **Chronic Hepatitis Panel** (S)
  Hep. B Surface Antigen, Hep. B Surface Antibody and Hep. C Antibody
- ☐ 3427-2 **Comprehensive Metabolic Panel** (S)
  Chem 14
- ☒ 7702-4 **Comprehensive Metabolic Panel and CBC** (S/L)
  Chem 14, CBC
- ☐ 8984-7 **Diabetic Panel** (S,L,2U)
  Hgb A1C, Comp. Metabolic, UA, Microalbumin, Creatinine
- ☐ 3422-3 **Hepatic Function Panel** (S)
  Albumin, Alk Phos., ALT (SGPT), AST (SGOT), D. Bilirubin, T. Bilirubin, T. Protein
- ☐ 0009-1 **Lipid Panel** (S)
  Triglyceride; HDL, LDL, Cholesterol
- ☐ 0010-9 **Prenatal Profile** (R/L/S)
  ABO + RH typing, Hep. B. surf. Antigen, CBC, Rubella, Antibody screen, RPR

## SCREENING TESTS

- ☐ 0035-6 Ammonia Level (W) frozen
- ☐ 0038-0 ANA (S)
- ☐ 0053-9 CBC w/Diff and Plts (L)
- ☐ 0628-8 Drug Profile – Comprehensive (8) (SC)
- ☐ 0019-0 Hematocrit (L)
- ☐ 0190-9 Prostate Specific Ag (PSA) (S)
- ☐ 0086-9 Sedimentation Rate (ESR) (L)

## INFECTIOUS DISEASES

- ☐ 0082-8 Aerobic Bacterial Culture (culturette)
- ☐ 1002-5 AFB Culture and Smear (sterile cont.)
- ☐ 1242-7 Anaerobic Culture (culturette)
- ☐ 0079-0 B-Hem Strep A Culture (culturette)
- ☐ 0341-8 Blood Culture, Routine (2 Bactec Bottles)
- ☐ 0259-2 C Difficile Toxin A (SC)
- ☐ 3800-0 Chlam/GC DNA Probe Tec (Swab)
- ☐ 0459-8 Complete Urinalysis (U)
- ☐ 1763-2 Helper T Lymph CD4 (L/G)
- ☐ 0812-8 Hepatitis C antibody (S)
- ☐ 0361-6 HIV Ab Screen w/confirm (S)
- ☐ 1010-8 HIV RNA PCR ULTRA (Viral Load) (W) Frozen
- ☐ 0382-2 Low Resp Cult (sputum) (sterile cont.)
- ☐ 0142-0 RPR (S)
- ☐ 0377-2 Stool: Ova/Parasites Exam (O+P Kit)
- ☐ 0878-9 Stool: White Blood Cells (SC)
- ☐ 0080-2 Urine Culture (Boricon tube)

## WOMEN'S HEALTH

- ☐ 0327-7 B-HCG, Quantitative (S)
- ☐ 0171-9 Gestational Diabetes Evaluation (GY)
- ☐ 0097-6 Gestational Glucose Tolerance 4 (GYS)
- Pap Smear Single Slide (Use BRLI Cytology Req.)

## CHRONIC CARE MANAGEMENT

- ☐ 0091-9 Free (T-4) Thyroxine (S)
- ☐ 0095-0 Glucose (GY)
- ☐ 0102-4 Hemoglobin A1c (L)
- ☐ 0228-7 Microalbumin (Urine) (U)
- ☐ 0137-0 Prothrombin Time (PT) (B)
- ☐ 0153-7 TSH (S)

## DRUG LEVELS

- ☐ 0509-0 Amitriptyline (Elavil)/Nortriptyline (R)
- ☐ 0154-5 Carbamazepine (R)
- ☐ 0083-6 Digoxin (R)
- ☐ 0119-8 Lithium (R)
- ☐ 0289-9 Phenobarbital (R)
- ☐ 0084-4 Phenytoin (Dilantin) (R)
- ☐ 0380-6 Theophylline (R)
- ☐ 0542-1 Valproic Acid (R)

## OTHER TEST(S) NOT LISTED ABOVE

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

## INTERNAL CONTROL (LAB USE ONLY)

| L-LAV | CULTURETTE | R-RED | S-SST | GY-GREY | BL-BLUE |
|---|---|---|---|---|---|
| GR-GREEN | Y-YELLOW | W-PPT | RB-ROYAL BL | STERILE CUP OTH | VIRAL CUL |
| O&P | BLD. CUL | FS-FROZ SPEC | SLIDE | THINPREP VIAL | FORMALIN JAR |
| RAND URN (CUP) | 24-HOUR URINE | U-URN TUBE | TIMED URINE | BOR-BORICULT | |

vol = _____

LAB I.D. NO. _____

P0170    P0170    P0170    P0170
00172    00172    00172    00172

14036 REV 7/06

# PERRY COUNTY PRISON



**Thomas Long**
Deputy Warden

**Karen Barclay**
Business Manager

**Karen Wilson**
Counselor

**David E. Yeingst, Warden**
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

**Winifred Dorundo**
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: ☒ Staff | Inmate Name: _OMAR Fulk_ |
|---|---|
| Complaint: | Block/Cell: _A-B-S_ |
| | Today's Date: |

**Request to:**
__Warden __ Deputy Warden __ Business Mgr. ___ Counselor ___ Chaplain
__Fiscal Secretary ✓ Lt. or Sgt. __ Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
<u>NOTE:</u> A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

**Specific Details:** _I need a grievance for my own personal issue and not to concern you. Follow up to next level if needed._

**Response:** _We Dont do that, but I received this request on 10/1 and was wondering if it was Yours? If so resubmit filled out_
_Thank You_

**RESPONDING OFICIAL:** _D.W. Long_
**DATE:** _10/2/12_

**RETURN TO INMATE:** _____

**INMATE FILE:** _____

# PERRY COUNTY PRISON



Thomas Long
Deputy Warden

Karen Barclay
Business Manager

Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

Request: My getting more swollen

Complaint:

Inmate Name: OMAN Folk

Block/Cell: A-5B

Today's Date:

Request to:
__Warden    ✓Deputy Warden    __Business Mgr.    __Counselor    __Chaplain
__Fiscal Secretary    __Lt. or Sgt.    __Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details: My leg is severe hurting bad and I dont wAnt to som further I'm dying need of help and its getting wose you need to let the court no whst going on with me right now I'm fedee inmate and this been going on for Almost two monter

Response: Mr. Folk,
I would suggest to you to put a med slip in and have them look at you to see what they can do. I also think that if you need contact the feds that you do it and let them know your problem, as they don't like me. But put a med slip in first.

RESPONDING OFICIAL: DW Long

DATE: 9/13/12

RETURN TO INMATE:

INMATE FILE:

**DATE: 12/03/12**

**PATIENT NAME:**   Omar follk

**PLACE OF APPOINTMENT:** community general osteopathic hospital

**DATE OF APPOINTMENT 12/11/12**

**TIME OF APPOINTMENT:  A nurse will call the day prior to your surgey to give you the arrival time**

**REASON FOR VISIT: surgery**

**SPECIAL INSTUCTIONS:  please have blood work done 1 week prior to the surgery also Please bring your insurance card and a photo ID along to this visit. If you are taking any medications please bring an up-to-date list this is very important to your continuity of care.**

**IF YOU HAVE ANY QUESTIONS or need to cancel or reschedule this appointment PLEASE CONTACT OUR OFFICE AT: 717-782-2100**

## MINIMUM PREOPERATIVE TESTING FOR LOW RISK OUTPATIENT* SURGICAL PROCEDURES

| ✓Check All That Apply | Preoperative Conditions | Hgb / Hct | ECG ≤ 1yr old | Serum K on Arrival | Pregnancy Test within 7 days of surgery date |
|---|---|---|---|---|---|
| | CAD, HTN, CHF, PVD or CVA Dysrhythmia Limited Functional Capacity* Significant Pulmonary Disease | | ● | | |
| | Recent history of Severe Anemia | ● | | | |
| | Dialysis | | | ● | |
| | GYN Procedure and 15 - 55 yrs old | | | | ● |

## MINIMUM PREOPERATIVE TESTING FOR MODERATE RISK OUTPATIENT* AND ELECTIVE INPATIENT OR SDA SURGICAL PROCEDURES

| ✓Check All That Apply | Preoperative Conditions / Procedure Type | CBC | PT / PTT | BMP | CMP | ECG* | Serum K on Arrival | Pregnancy Test within 7 days of surgery date |
|---|---|---|---|---|---|---|---|---|
| X | **MAJOR** Surgical Procedures* | ● | ● | | | ● | | |
| | **OTHER** Surgical Procedures **REQUIRING T&S*** please see reverse side for other surgical procedures requiring T&S, check only if procedures requires T&S | ● | | | | | | |
| | CAD, HTN, CHF, PVD or CVA Dysrhythmia Diabetic | | | | | ● | | |
| | Strong Family History of CAD Tobacco Smoker>45 yrs old Male>60 yrs Old Female >65 yrs Old Limited Functional Capacity* Pulmonary Disease | | | | | ● | | |
| | Hepatic Disease | ● | ● | | ● | | | |
| | Kidney Disease | ● | ● | ● | | ● | | |
| | Dialysis | | | | | | ● | |
| | Recent Anemia Bleeding Disorder or Anticoagulation | ● | | | | | | |
| | GYN Procedure and 15 - 55 yrs old | | | | | | | ● |

☐ **Order T&S and T&C per Pinnacle Guidelines on reverse.**   T&S:_____ T&C:_____X_____Units

~~These must be drawn at a Pinnacle Health testing site within 10 days of the procedure.~~

~~Testing requirements reviewed. No preoperative testing required.~~

**Order as Needed**

☐ BUN/Creatinine ☐ Beta HCG ☐ Urine Pregnancy Test on Arrival ☐ Drug Level _____

Additional Testing Orders: ___HIV___Hep C___Screening._____

_____

Office ordering testing: _____ and please fax results to:_____

Patient Diagnosis: _____

Surgery Date: _____

Scheduled Surgery: _____

Physician Signature _____  Print Name  MATTHEW LEGG_____  Date 11/15/12  Time 0730

**See Reverse for Definitions & Qualifications (ex. age of ECG)*



**PINNACLE HEALTH** Hospitals

**SURGICAL PRE ADMISSION TESTING ORDERS**

Patient Identification

FOUK, OMAR



# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: Mental Health | Inmate Name: Omare Fille |
| Complaint: I need need my meds | Block/Cell: A-8B |
| I feel like im going to flip out | Today's Date: Sept 28, 2012 |

Request to:
__Warden    ___Deputy Warden    __Business Mgr.    ___Counselor    ___Chaplain
__Fiscal Secretary   __Lt. or Sgt.    ___Other Prison Staff (Designate) Mental Health Medical

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
<u>NOTE</u>:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
Im getting deprive of my rights and still didn't go out for my leg Im facing life sentence And I starting not to CARE. ssoit say one Im bipler

Response: An appoint ment has been made for an MRI of the right knee.

RESPONDING OFICIAL: C Woodson, LPN
DATE: 10/2/12

| RETURN TO INMATE: X |
| INMATE FILE: |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager

Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary



## INMATE COMMUNICATIONS FORM

| | |
|---|---|
| Request: Thomas Long / David E. Yeingst | Inmate Name: OMAR FOLK |
| Complaint: WARDENS | Block/Cell: F-1B |
| | Today's Date: |

Request to:
✓ Warden    ✓ Deputy Warden    ___ Business Mgr.    ___ Counselor    ___ Chaplain
___ Fiscal Secretary    ___ Lt. or Sgt.    ___ Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE: A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details: Now once again I have wrote to both of you in regards
to Law Library or Medical problems and even ask for grievances
forms multiple times. Now it states in your inmate handbook that
once a person exhaust his remedy then he entitled a grievance and a
month or so ago Movant spoke with Karen Barclay and WARDEN Yeingst
about having proper law access and updated caselaws response was Acc

Response: Mr. Folk, By your own admission you stated your
Counselor Wilson with you attempted to contact your Atty. wrote
Atty. Here attached is where your Atty. wrote
you we are NOT required to have a Law Library.
Title 37 says access to the courts. This can be
done by you writing to your Atty, or if the
Counselor wishes to make a call for you.

RESPONDING OFFICIAL: DW Long
DATE: 12/28/12

| RETURN TO INMATE: _____ |
|---|
| INMATE FILE: _____ |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: | Complaint CO-2ANS-Kuhl | Inmate Name: | OMAR Folk |
|---|---|---|---|
| Complaint: | Grievance Form | Block/Cell: | A-4-A A-5 |
| | Wilt | Today's Date: | 2-9-2013 |

Request to:
___ Warden      ___ Deputy Warden      ___ Business Mgr.      ___ Counselor      ___ Chaplain
___ Fiscal Secretary    ✓ Lt. or Sgt.      ___ Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
First shift law library the foundation is not completely terrible
Now they are not going by there own norms and the facts time frame
of when law library is called for different blocks now they have list
each time and if the other blocks dont go then you can stay longer but it no
were on this sheet were a block can be title to stay for 2 hours this is called
abuse a power and should not be tolerated at all Therefore I need a grievance

Response: based on this issue. copy paper.

MR. Folk,  THE LAW LIBRARY IS A PRIVILEGE AND NOT A NECESSITY.
THE TIMES THAT ARE LISTED ON SAID SHEET ARE TIMES THAT WERE APPROVED
BY THE WARDEN. I DO NOT FEEL THAT THIS IS ANY INFRINGEMENT OF YOUR RIGHTS.
NO MERIT TO GRIEVE. GRIEVANCE DENIED

RESPONDING OFICIAL:_____
DATE: 2.11.13

| RETURN TO INMATE: | ✓ |
|---|---|
| INMATE FILE: | |

# PERRY COUNTY PRISON



Thomas Long
Deputy Warden

Karen Barclay
Business Manager

Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| equest: MEDICAI WhitMALConcem | Inmate Name: OMARFolk |
| --- | --- |
| omplaint: | Block/Cell: A-B5 |
| | Today's Date: 10-5-12 |

equest to:
___Warden       ___Deputy Warden       ___Business Mgr.       ___Counselor       ___Chaplain
___Fiscal Secretary   ___Lt. or Sgt.       ___Other Prison Staff (Designate)  MEDICAI

Direct your request to the appropriate person as this will allow a faster and more accurate response.
Please be specific as to the nature of the "request" or "complaint".
f you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
A lack of DETAILS will cause a delay in providing you with a response.
OTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

pecific Details: Im writing in regards to medizil reports and any papers
or phsio or Doctor papers and I sent a com certificate of mercit
thst the copk of files sent to the hospitl thst mesor x-rays or mri
report I wsnt all reports dirdue to me be law with no delays

esponse: Your reqeust for medical records was fwarded to the privacy
officer for planetree Medical. You will resive a letter with
details on how to proceed & obtain the requested records

ESPONDING OFICIAL: R. Coifan, LPN, CCHP
DATE: 11/7/12

| RETURN TO INMATE: | |
| --- | --- |
| INMATE FILE: | X |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| | |
|---|---|
| **Request:** Karen Wilson | **Inmate Name:** OMAR Folk |
| **Complaint:** Mental Health | **Block/Cell:** F-1-A |
| | **Today's Date:** 1-20-13 |

**Request to:**
__Warden         __Deputy Warden      __Business Mgr.      ✓Counselor      __Chaplain
__Fiscal Secretary   __Lt. or Sgt.        __Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

**Specific Details:**
I'm writing to you in regards to Mental Health the facts are you was the one who put me on the list before and I was wondering when I would see her again because it's been almost two months or so and I thought I would of got check for Depskote now I haven't taken it for a while in fear of hope not to damage my liver or kidney. so if you can tell Ms. Rock I believe to put me on the list
**Response:** to get check up. Thank you.

Mr. Folk, I put you on the list to see the psych doc.
She will be here Next Thes.

**RESPONDING OFICIAL:** K. Wilson
**DATE:** 1-21-13

| | |
|---|---|
| **RETURN TO INMATE:**_____ |
| **INMATE FILE:** |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Karen Wilson
Counselor

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: Medical Tom | Inmate Name: OMAR Falk |
|---|---|
| Complaint: | Block/Cell: F-1-A |
| | Today's Date: 1-20-13 |

Request to:
___Warden   ___Deputy Warden   ___Business Mgr.   ___Counselor   ___Chaplain
___Fiscal Secretary   ___Lt. or Sgt.   ___Other Prison Staff (Designate) _Medical department_

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
I'm writing in regards too seeing Medical records. I wrote you week ago and no response. Now let me no whats going on I would preffer a response back this time Thank You.

Response:
Haven't received any records from York Hospital fd your visit to the ER.

RESPONDING OFICIAL: _[signature]_
DATE: 1-24-13

| RETURN TO INMATE: ✗ |
|---|
| INMATE FILE: |

# PERRY COUNTY PRISON

**Thomas Long**
Deputy Warden

**Karen Barclay**
Business Manager



**Karen Wilson**
Counselor

**David E. Yeingst, Warden**
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

**Winifred Dorundo**
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| | |
|---|---|
| **Request:** Print out CASElaw KAREN | **Inmate Name:** OMAR Folk |
| **Complaint:** | **Block/Cell:** A-5's |
| | **Today's Date:** 9-5-12 |

**Request to:**
___Warden ___Deputy Warden ✓Business Mgr. ___Counselor ___Chaplain
___Fiscal Secretary ___Lt. or Sgt. ___Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
**NOTE:** A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

**Specific Details:**
I have CASElaws I would like Printed out
US V JohNson, 458 FEd Appx 464, US V Outen 412 Fed Appx 492, US V MACE
McGrew, 397 Fed Appx 87

**Response:**
We do not print them. You will need to ask your Attorney for those or copy them
off from the Law Library.

**RESPONDING OFICIAL:** Bus Mgr

**DATE:** 9-6-12

**RETURN TO INMATE:** _____

**INMATE FILE:** _____

# PERRY COUNTY PRISON



Thomas Long
Deputy Warden

Karen Wilson
Counselor

Karen Barclay
Business Manager

Winifred Dorundo
Fiscal Secretary

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

## INMATE COMMUNICATIONS FORM

| Request: Kareen Barclay | Inmate Name: OMAK Folk |
| Complaint: | Block/Cell: A-5 B |
| | Today's Date: 12-12-12 |

Request to:
__Warden          __Deputy Warden      ✓Business Mgr.      ___Counselor      ___Chaplain
__Fiscal Secretary  __Lt. or Sgt.          ___Other Prison Staff (Designate)_____

Direct your request to the appropriate person as this will allow a faster and more accurate response.
Please be specific as to the nature of the "request" or "complaint".
If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for reco

Specific Details: U.S V Alston, 2006 WL 297765 Middle District Yvette Kane Judge
USV SANDER, 710 F. Supp. 2d 521   com V Joshua Tyler, 964 A2d 447 York Court
case, Superior Court, print four page on one piece of paper each ok, thank you.

Response:
As per the Warden, you need to get these from your attorney.

RESPONDING OFICIAL: Bus Mgn
DATE: 12/13/12

| RETURN TO INMATE: |
| INMATE FILE: |

# PERRY COUNTY PRISON



Thomas Long
Deputy Warden

Karen Barclay *
Business Manager

Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: My getting more Swollen | Inmate Name: OMAN Folk |
|---|---|
| Complaint: | Block/Cell: A-58 |
| | Today's Date: |

Request to:
___Warden  ✓Deputy Warden  ___Business Mgr.  ___Counselor  ___Chaplain
___Fiscal Secretary  ___Lt. or Sgt.  ___Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:  My leg is serven hurting bod gol I dont wAnt to somo fearther I'm dying need of help and its getting worse you need too let the court no what going on with ME right now Im, Feder inmate and this been going on for About two monates

Response: Mr. Folk.
I would suggest to you to put a med slip in and have them look at you to see what they can do. I also think that if you need contact the Feds that you do it and let them know your problem. as they dont like me, But put a med slip in first.

RESPONDING OFICIAL:  DW Long.
DATE: 9/13/12

| RETURN TO INMATE: |
|---|
| INMATE FILE: |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: *Legal Copys* | Inmate Name: OMAR FOLK |
|---|---|
| Complaint: | Block/Cell: A-5b |
| | Today's Date: 9-5-2012 |

Request to:
___Warden  ___Deputy Warden  ✓Business Mgr.  ___Counselor  ___Chaplain
___Fiscal Secretary  ___Lt. or Sgt.  ___Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
I'm writing in regards to a legal case law I submitted three case law to you miss karen and I want to no if you are going to copy them for me right now Im in the process of receiving a life sentence in prison and I want to Trial pro-se and was found guilty of charges of firearm and drugs and hear you dont do copys but Im just in dlaring needear the case laws I hope you understand my request and help me karen. Thank you

Response:
We do not print them. You will need to ask your Attorney (if you have one) or copy them from the law library computer.

RESPONDING OFICIAL: *Bus Mgr*
DATE: 9-6-12

| | |
|---|---|
| | RETURN TO INMATE:_____ |
| | INMATE FILE:_____ |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Karen Wilson
Counselor

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| | |
|---|---|
| **Request:** All prints out when mail was | **Inmate Name:** , OMAR FOLK |
| **Complaint:** Sent Middle District | **Block/Cell:** F-1B |
| | **Today's Date:** 12-22-72 |

Request to:
___Warden    ___Deputy Warden    ___Business Mgr.    ___Counselor    ___Chaplain
✓ Fiscal Secretary    ___Lt. or Sgt.    ✓Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
I'm writing in regards to have a copy of all sent out mail to
228 WALNUT Street PO box 11754 Harrisburg, PA 17108-1754 Date and time
sent out Thank you

Response: Mr FOLK: THERE THREE (3) SUCH ENTRIES OF YOUR MAIL SENT
TO THAT ADDRESS.
12-21-12 /  11-30-12 /  10-11-12 /

RESPONDING OFICIAL: LT WM
DATE: 12-22-12

| | |
|---|---|
| **RETURN TO INMATE:**_____ | |
| **INMATE FILE:**_____ | |

# PERRY COUNTY PRISON

Thomas Long
Deputy Warden

Karen Barclay
Business Manager



Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa  17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

Request: **Karen Barclay**

Complaint:

Inmate Name: **OMAR Folk**

Block/Cell: **A5-B**

Today's Date: **Sept -17-2012**

Request to:
___Warden   ___Deputy Warden   ✓Business Mgr.   ___Counselor   ___Chaplain
___Fiscal Secretary   ___Lt. or Sgt.   ___Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
<u>NOTE</u>:  A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record

Specific Details: I'm need ▮▮▮▮ of help for LAWLibrary US supreme court cases
which are not down load on the computer as wells as printer to filed
Motion to court pro-se.

Response:
As I answered your request before, you will need to contact an attorney and
we do not print out cases Ms Freese will be able to help you

RESPONDING OFICIAL: _Bus Mgr_
DATE: _9-18-12_

RETURN TO INMATE:_____

INMATE FILE:   _____

# PERRY COUNTY PRISON



Thomas Long
Deputy Warden

Karen Barclay
Business Manager

Karen Wilson
Counselor

David E. Yeingst, Warden
300 South Carlisle Street
New Bloomfield, Pa 17068
(717) 582-2262
Fax (717) 582-2377

Winifred Dorundo
Fiscal Secretary

## INMATE COMMUNICATIONS FORM

| Request: _LT_ | Inmate Name: OMAR Folk |
| Complaint: | Block/Cell: A-5B |
| | Today's Date: 11-8-12 |

Request to:
__Warden     __Deputy Warden     __Business Mgr.     __Counselor     __Chaplain
__Fiscal Secretary     _✓_Lt. or Sgt.     __Other Prison Staff (Designate)_____

-Direct your request to the appropriate person as this will allow a faster and more accurate response.
-Please be specific as to the nature of the "request" or "complaint".
-If you are requesting an Attorney Call, you MUST provide your Attorney's Name and Phone Number
-A lack of DETAILS will cause a delay in providing you with a response.
NOTE: A copy of each inmate communications form submitted to the prison is copied & maintained in your file for record.

Specific Details:
I need to CAll My State lawyer George MARros, I sent four out two and got a respond but one of them request slip were for above person and the other for envelope and pen. I would like to no what going on with new laws request and to be able call my family in case if my lawyer on State level dont answer they can call in regards to my health. An he is not representing me in federal. An lately when I write request slips I dont recieve them
Response: back, Thank you

#1- PHONE CALL TO LAWYER - APPROVED WHEN TIME PERMITS
#2- ENVELOPE & PEN -
#3- NEW GUIDE LINES & UPDATED CASE LAW - ADMINISTRATION IS CURRENTLY WORKING ON THAT
#4- CALL FAMILY IF HE CAN'T GET AHOLD OF LAWYER - PERSONAL PHONE CALL DENIED

RESPONDING OFICIAL: _____
DATE: 11.8.12

| RETURN TO INMATE: ✓ |
| INMATE FILE: |

# FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-2237
FAX: (717) 782-3881

**FEDERAL PUBLIC DEFENDER**
JAMES V. WADE

**ASSISTANT FEDERAL DEFENDERS**
LORI J. ULRICH
THOMAS A. THORNTON
RONALD A. KRAUSS
FREDERICK W. ULRICH
HEIDI R. FREESE

January 23, 2013

Omar S. Folk
Perry County Prison
300 South Carlisle Street
New Bloomfield, PA 17068

Re:    *United States v. Omar Folk*
       *Criminal No. 1:11-CR-00292*

Dear Mr. Folk:

I received your letter dated January 11, 2013, wherein you request me to send you "papers relevant to your case". I believe you are in possession of all of the discovery materials. If there is something specific you are looking for, please let me know and I will be happy to send it to you. You previously received a copy of all discovery materials in my possession.

Second, you asked me to recuse myself from your case. The Court granted your request to proceed *pro se* at sentencing. I am only standby counsel at this point, so you are representing yourself. As such, I will not interfere with that process.

If you have any additional questions or request any additional materials for sentencing, please let me know and I will provide them to you.

Sincerely,

Heidi R. Freese
Assistant Federal Public Defender

HRF:lcs



USPS FIRST-CLASS FOREVER (stamps)

FEB 20 2013
SCRANTON PA 185
18503

PerroneSoft ...
300 South Carlisle St.
New Bloomfield, PA 17068

300 South Carlisle St.
New Bloomfield, PA. 17068

RECEIVED
SCRANTON

FEB 2 1 2013

Per _MMr_
DEPUTY CLERK

Clerk of Courts Less/h/
William J. Nealon Federal Bldg. & U.S. Cour
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148